

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2021

**BY ECF & EMAIL**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>United States</u> v. <u>Derek Jones</u>, 21 Cr. 59 (LAP)

Dear Judge Preska:

  The Government respectfully requests that the Court set bail conditions for defendant Derek Jones on terms substantially similar to those imposed following his arrest and presentment in California.

  The defendant was arrested and presented in the Central District of California on February 9, 2021. As reflected in paperwork transmitted to this District and docketed in this matter (Dkt. 11), particularly in the excerpt from those documents attached here as Exhibit A, the defendant was released on February 9 on various conditions, including one requiring his father, Richard Jones, to co-sign a $100,000 appearance bond by February 23, 2021 (Ex. A at 2). In coordinating the co-signing process today, the Government was informed by representatives of the Southern District of New York's Arraignment Unit that the bond the defendant signed in California remained in effect only until the defendant's first appearance here (i.e., only until the arraignment Your Honor conducted by teleconference on February 10, 2021), and that the Arraignment Unit cannot prepare a new appearance bond absent an order signed by a judge in the Southern District of New York.

  Accordingly, the Government respectfully requests that the Court order the defendant to comply with the conditions imposed by the Central District of California (*see* Ex. A), with the following minor modifications:

- travel is permitted to the Eastern District of New York—as well as the Central District of California and the Southern District of New York, as originally ordered—to facilitate the defendant's travel to future in-person court appearances;

- the deadline for the defendant's father, Richard Jones, to co-sign the $100,000 bond is extended to March 3, 2021; and

- the "Do not engage in investments" condition (Ex. A at 4) is stricken and replaced with a condition prohibiting the defendant from personally soliciting investments.

The defendant, through counsel, consents to these requests.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: ___/s/_____
David Abramowicz
Assistant United States Attorney
(212) 637-6525

cc: Jonathan Marvinny, Esq.

Encl.

The Defendant is ordered to comply with the conditions imposed by the Central District of California, (see dkt. no. 12-1), subject to the modifications outlined above.

**SO ORDERED.**

Dated: February 24, 2021
New York, New York

*[signature]*
LORETTA A. PRESKA, U.S.D.J.