**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2021

By ECF

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Derek Jones*, 21 Cr. 59 (LAP)**

Dear Judge Preska:

Yesterday, the Court ordered bail conditions in this matter substantially similar to those imposed by the Central District of California upon Mr. Jones's arrest and presentment, with certain modifications agreed to by the parties. *See* ECF No. 13. I write now, on consent of the Government, to respectfully request that the Court further modify Mr. Jones's bail conditions to remove the requirement that he "submit to a search of [his] person and/or property by Supervising Agency in conjunction with the U.S. Marshal." *See* Ex. A to Gov't Letr. of Feb. 23, 2021, at 3 (ECF No. 12).

As noted, the Government consents to this request. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: David Abramowicz, Esq.
    Assistant United States Attorney

```
The request to modify the conditions of
pretrial release to remove the condition
referenced above is GRANTED.

SO ORDERED.

Dated:     February 25, 2021
           New York, New York
```

*[Signature]*
LORETTA A. PRESKA, U.S.D.J.