**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 2, 2021

By ECF

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Derek Jones*, **21 Cr. 59 (LAP)**

Dear Judge Preska:

I write on consent of the Government and Pretrial Services to respectfully request that the Court permit Mr. Jones's mother, Merrily Jones, to replace Mr. Jones's father, Richard Jones, as the sole cosigner on the bond in this matter. After discussions among the family, it was determined that Mrs. Jones would be the more suitable cosigner.

As noted, the Government and Pretrial Services consent to this request. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: David Abramowicz, Esq.
Joshua Rothman, Pretrial Services

**SO ORDERED.**

Dated:   March 2, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.