**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2021

By ECF

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Derek Jones*, 21 Cr. 59 (LAP)

Dear Judge Preska:

On behalf of Derek Jones, and with the Government's consent, I respectfully request a two-week adjournment of Tuesday's conference in this matter. The parties have made progress toward a disposition, but require additional time to complete that process, including time to allow Mr. Cecutti, whom the Court recently appointed, the opportunity to continue to consult with Mr. Jones.

Should the Court grant an adjournment, I consent to an exclusion of time under the Speedy Trial Act. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: All counsel

```
The conference originally scheduled for April
20 is adjourned to May 4, 2021 at 10:00 a.m.
Speedy Trial time is excluded through the
rescheduled conference date in the interests
of justice.

SO ORDERED.

Dated:    April 16, 2021
          New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.