UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>DEREK JONES,<br><br>                    Defendant. | No. 21-CR-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for oral argument on Tuesday, October 26, 2021 at 9:00 a.m. in Courtroom 12A related to the parties' motions in limine (see dkt. nos. 54, 55).

**SO ORDERED.**

Dated:    October 15, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1