UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,                    No. 21-CR-59 (LAP)

 -against-                                        ORDER

 DEREK JONES,

                    Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

     Further to the Court's Order of October 15, 2021 (dkt. no.
70), Defendant Derek Jones' Motion for a Bill of Particulars
also is DENIED.

     "A bill of particulars should be required only where the
charges of the indictment are so general that they do not advise
the defendant of the specific acts of which he is accused."
United States v. Torres, 901 F.2d 205, 234 (2d Cir. 1990).  In
light of the Government's detailed Indictment and the discovery
produced,[1] a Bill of Particulars is not needed.

     Accordingly, the branch of Defendant's Motion seeking a
Bill of Particulars (dkt. no. 50) is DENIED.

---

[1] Including the following materials identified by the Government:
(1) organized files obtained from 21 investor-victims; (2) 3500 files,
including statements of more than 50 witnesses, including each victim that
the Government interviewed so far, (3) court judgments and court filings
pertaining to investor-victims; and (4) a detailed spreadsheet identifying
approximately 150 different financial transactions between various investor-
victims and Defendant's bank accounts.

**SO ORDERED.**

Dated:      October 15, 2021
            New York, New York

LORETTA A. PRESKA
Senior United States District Judge