```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-21-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA         :    **ORDER**

    - v -                          :    S1 21 CR. 59 (LAP)

DEREK JONES,                     :

               Defendant.  :

------------------------------------x

Upon the application of **Derek Jones**, by his attorney, **Jonathan Marvinny, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Derek Jones with funds to cover the cost of travel between Los Angeles, California and New York, New York in advance of his trial commencing on November 8, 2021, as well as Mr. Jones's return trip to Los Angeles, California, after his trial is complete;

**ORDERED** that Mr. Jones's flight to New York arrive no later than November 7, 2021;

**ORDERED** that the United States Government furnish Derek Jones with funds to cover the cost of lodging in New York, New York for the duration of his trial.

Dated:   New York, New York

        October 21, 2021

                                             HON. LORETTA A. PRESKA, USDJ