# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2021

By ECF

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-25-21

Re: *United States v. Derek Jones*, 21 Cr. 59 (LAP)

Dear Judge Preska:

I write to respectfully request that the Court permit Derek Jones to appear telephonically at the October 26, 2021 conference in this matter. Mr. Jones is unable to travel to New York to appear in person, and readily consents to appearing telephonically instead. Counsel, of course, will be present in court.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/25/21

cc: All counsel