UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

            Plaintiff,

-against-

DEREK JONES,

           Defendant.

No. 21-CR-59 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On October 21, 2021, the Court issued an order approving Derek Jones's application for funds to cover (i) the cost of his travel from Los Angeles to New York and (ii) the cost of his lodging for the duration of his trial.  It has come to the attention of the Court that the U.S. Marshal's authority to expend government funds under U.S.C. § 4285 is limited to payment for Mr. Jones to travel to his court appearance only, and does not provide for subsistence expenses, including lodging, for Mr. Jones once he has arrived in New York.

    Accordingly, the Court enters a revised order attached hereto approving Mr. Jones's application solely for the cost of his travel from Los Angeles to New York.

1

**SO ORDERED.**

Dated:    October 27, 2021
         New York, New York

*Loretta A. Preska*
———————————————
LORETTA A. PRESKA
Senior United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA            :    ORDER

        - v -                       :    S1 21 CR. 59 (LAP)

DEREK JONES,                        :

                Defendant.          :
-----------------------------------x
```

Upon the application of **Derek Jones**, by his attorney, **Jonathan Marvinny, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Derek Jones with funds to cover the cost of travel between Los Angeles, California and New York, New York in advance of his trial commencing on November 8, 2021, ~~as well as Mr. Jones's return trip to Los Angeles, California, after his trial is complete~~;

**ORDERED** that Mr. Jones's flight to New York arrive no later than November 7, 2021;

~~**ORDERED** that the United States Government furnish Derek Jones with funds to cover the cost of lodging in New York, New York for the duration of his trial.~~

Dated:  New York, New York
        October 27, 2021

                                    _____
                                    HON. LORETTA A. PRESKA, USDJ