UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| - v - | : | S1 21 CR. 59 (LAP) |
| DEREK JONES, | : | |
| Defendant. | : | |

-------------------------------------x

Upon the application of **Derek Jones**, by his attorney, **Jonathan Marvinny, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Derek Jones with funds to cover the cost of travel between Los Angeles, California and New York, New York in advance of his sentencing on June 1, 2022 at 10:00AM, as well as Mr. Jones's return trip to Los Angeles, California, after his court appearance is complete;

**ORDERED** that Mr. Jones's flight to New York arrive no later than 8:00 PM on May 31, 2022;

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York
        May 23, 2022

*Loretta A. Preska*
**HON. LORETTA A. PRESKA, USDJ**