**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

**By ECF & Email**

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Derek Jones*, 21 Cr. 59 (LAP)

Dear Judge Preska:

The sentencing of Derek Jones is scheduled for June 1, 2022 at 10:00 a.m. The defense filed its sentencing submission on May 18, 2022 and raises a variety of factual and legal issues relevant to sentencing. In order to adequately respond to the defense submission, the Government respectfully requests a one-day adjournment of the deadline to file its sentencing submission. Accordingly, the Government requests that the Government submission be due on May 26, 2022. The defendant, through counsel, consents to the request.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

5/25/22

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: S/
David Raymond Lewis
Michael C. McGinnis
Assistant United States Attorney
(212) 637-2397 / 2305

cc: Counsel of Record (by ECF & email)