

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

June 9, 2022

Honorable Loretta Preska
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

> Sentencing is adjourned to September 14, 2022 at 11:00 a.m. in Courtroom 12A.
> **SO ORDERED.**
> Dated:   June 10, 2022
>          New York, New York
>
> *Loretta A. Preska*
> LORETTA A. PRESKA
> Senior United States District Judge

Re:   United States v. Derek Jones
      Case No.: 21 Cr. 59 (LP)

Dear Judge Preska,

    I was assigned to represent Derek Jones in the above matter. For the reasons stated herein, I respectfully request an adjournment of the sentencing hearing.

    On May 31, 2022, I was appointed CJA counsel to Mr. Jones, after he submitted a request for a new attorney. The case is scheduled for a sentencing on June 15. I am currently away on a previously scheduled 2-week teaching assignment in Iceland. In light of this, and in order to allow for sufficient time to review the pertinent documents and consult with my client about the case going forward, I respectfully request an adjournment.

    Further, I propose that if any motions need to be filed in this case, <u>the motion schedule be set as follows: July 22 for defense counsel to file motions, August 19 for the Government to respond, and a court appearance during the week of September 12 for either a decision/hearing on the motion(s), or to proceed with a sentencing hearing.</u>

    I have discussed this matter with the Government, and they have no objection to adjourning the sentencing hearing from June 15. However, the Government will separately submit a response to the proposed timeline.

    I thank the Court for its consideration. Should you require any additional information, please do

not hesitate to contact me.

                                              Respectfully submitted,

                                              s/Louis V. Fasulo
                                              Louis V. Fasulo
                                              Fasulo Braverman & Di Maggio, LLP
                                              225 Broadway, Suite 715
                                              New York, New York 10007
                                              Tel. 212-566-6213

Cc:    AUSA (via ECF)

| 225 Broadway, Suite 715 | 505 Eighth Avenue, Suite 300 | 1086 Teaneck Rd, Ste 3A |
|---|---|---|
| New York, New York 10007 | New York, New York 10018 | Teaneck, New Jersey 07666 |
| Tel (212) 566-6213 | Tel (212) 967-0352 | Tel (201) 569-1595 |
| Fax (212) 566-8165 | Fax (201) 596-2724 | Fax (201) 596-2724 |