UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEREK JONES,<br>                    Defendant. | S1 21 CR. 59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendant Derek Jones's motion (dkt. no. 135) seeking to appear remotely at the status conference scheduled for November 7, 2022, at 11:00 AM.

Because of the numerous delays in the proceedings and the numerous claimed misunderstandings of the proceedings (see dkt. no. 137), Defendant's request to appear remotely is denied.

The Clerk of the Court shall mark the open motion (dkt. no. 135) as closed.

**SO ORDERED.**

Dated:    November 3, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge