UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DEREK JONES,

      Defendant.

---

S1 21 CR. 59 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

  Upon the application of **Derek Jones**, by his attorney, **Louis V. Fasulo, Esq.**, Fasulo Braverman & Di Maggio, LLP, pursuant to 18 U.S.C. § 4285,[1] and upon a finding of indigence and in the interests of justice, it is hereby

  **ORDERED** that the United States Marshals Service furnish Derek Jones with funds to cover the cost of travel between Los Angeles, California and New York, New York in advance of the status conference on November 7, 2022, at 11:00 AM;

  **ORDERED** that Mr. Jones's flight to New York arrive no later than November 7, 2022.

Dated:  November 3, 2022
     New York, New York

           _____
           LORETTA A. PRESKA
           Senior United States District Judge

---

[1] The Court construes Mr. Fasulo's letter, dated November 2, 2022, to be an application pursuant to 18 U.S.C. § 4285. See dkt. no. 135.

1