UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DEREK JONES,

                Defendant.

---

S1 21 CR. 59 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

      The conference scheduled for November 7, 2022, at 11:00 AM (dkt. no. 134) is adjourned. The parties shall appear for a conference on November 10, 2022, at 3:00 PM in Courtroom 12A.

    **SO ORDERED.**

Dated:    November 4, 2022
           New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge