UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DEREK JONES,

              Defendant.

---

S1 21 CR. 59 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' letters with respect to tomorrow's conference. Mr. Jones shall appear in person as previously noted.

    **SO ORDERED.**

Dated:    November 9, 2022
            New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge

1