

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2022

**CM/ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States** v. **Derek Jones**, S1 21 Cr. 59 (LAP)

Dear Judge Preska:

    On behalf of the parties, the Government respectfully requests that the Court so-order this letter reflecting modifications to the defendant's conditions of release. As the Court stated at yesterday's conference, the defendant is now subject to the following additional conditions:

- The defendant shall remain on home confinement at all times except as required to participate in activities with his children as permitted under his and his ex-wife's custody arrangement, or to travel to or from Court appearances.

- The defendant shall not communicate or have any contact with the two ex-girlfriends of his who were discussed on the record during the Court's November 10, 2022 proceeding.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

          By:    /s/
                  David Abramowicz / David Raymond Lewis
                  Assistant United States Attorneys
                  (212) 637-6525 / 2397

cc: Defense counsel (by CM/ECF)