

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

November 11, 2022

Hon. Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:**   *United States v. Derek Jones*
          *Case No.: 21 Cr. 059*

Dear Judge Preska,

    I was appointed, pursuant to the Criminal Justice Act, to represent Derek Jones in the above referenced matter.

    I have conferred with the Government regarding the language for the bond modification discussed on the record, and agree with the Government as to the language of the proposed order that was jointly submitted. However, as the Court, my client's Pre-Trial Officer, and the Government are aware, my client is currently employed.

    As a result, I respectfully request that the bail modification order incorporate Mr. Jones's current employment schedule with his Pre-Trial Services Officer so that he may continue with his employment and thereby financially support himself and his family. I have reached out to the Government for its position on this matter. Currently, without further information as to when, where and why Mr. Jones needs to travel for work, they oppose this request.

    Should the Court require any additional information, please do not hesitate to contact me.

    Respectfully Submitted,

    s/Louis V. Fasulo, Esq.,
    Louis V. Fasulo, Esq.,

Cc:   AUSA David Abramowicz  (via ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724