**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2022

**CM/ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Derek Jones**, S1 21 Cr. 59 (LAP)

Dear Judge Preska:

      On behalf of the parties, the Government respectfully requests that the Court so-order this letter reflecting modifications to the defendant's conditions of release. As the Court stated at yesterday's conference, the defendant is now subject to the following additional conditions:

- The defendant shall remain on home confinement at all times except as required to participate in activities with his children as permitted under his and his ex-wife's custody arrangement, or to travel to or from Court appearances,

- The defendant shall not communicate or have any contact with the two ex-girlfriends of his who were discussed on the record during the Court's November 10, 2022 proceeding.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/
David Abramowicz / David Raymond Lewis
Assistant United States Attorneys
(212) 637-6525 / 2397

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/14/22

cc: Defense counsel (by CM/ECF)

*and to continue his employment, Requests to travel for employment may be addressed to Pre-Trial Services.*