UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>DEREK JONES,<br><br>                Defendant. | No. 21-CR-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Defendant's letter, received December 7, 2022, and his pending supplemental sentencing memorandum that will apparently address the Fatico issue, the Court withdraws its order at dkt. no. 157.

    Counsel shall confer and inform the Court no later than 3:00 PM on December 9, 2022, of how they wish to proceed.

**SO ORDERED.**

Dated:    December 7, 2022
           New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1