UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>DEREK JONES,<br><br>                    Defendant. | No. 21-CR-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of defense counsel's letters dated December 9, 2022, and December 11, 2022 (dkt. nos. 167 and 168). The sentencing scheduled for December 13, 2022, is adjourned. The parties shall appear for sentencing on January 17, 2023, at 2:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:    December 12, 2022
             New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge