```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :      21-cr-59 (LAP)
          -v.-                       :
                                     :          ORDER
DEREK JONES,                         :
                                     :
               Defendant.            :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Government has requested that the Court provide a means for those who cannot attend the sentencing on January 17, 2023, at 2:00 PM to listen to the proceedings. Those who wish to listen the proceedings may call dial-in: (877) 402-9753; Access Code: 6545179.

**SO ORDERED.**

Dated:   New York, New York
           January 12, 2023

                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge