```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :     21-cr-59 (LAP)
        -v.-                         :
                                     :        ORDER
DEREK JONES,                         :
                                     :
              Defendant.             :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall strike dkt. no. 181 from the docket and refile the document under seal.

**SO ORDERED.**

Dated:    New York, New York
           January 18, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge