UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA
:       ORDER OF RESTITUTION
    - v. -
:       S1 21 Cr. 59 (LAP)
DEREK JONES,
:
        Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, David Raymond Lewis, Assistant United States Attorney, of counsel; the Presentence Report; the conviction of DEREK JONES, the defendant, on Count One of the Superseding Indictment in the above-captioned case; and all other submissions and proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** DEREK JONES, the defendant, shall pay restitution in the total amount of $5,462,733.15 to the victims of the offense charged in Count One. The names, addresses, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto as Exhibit A. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
February 24, 2023

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE