```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :     21-cr-59 (LAP)
         -v.-                       :
                                    :        ORDER
DEREK JONES,                        :
                                    :
              Defendant.            :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Ms. Schell's letter on behalf of Inner City Press and its reporter, Matthew Russell Lee, requesting an order unsealing certain records in connection with the November 10, 2022 conference in the above entitled matter. (Dkt. no. 206.) The Court construes this letter as a motion.

The Government and counsel for Mr. Jones shall respond to the motion by letter no later than April 10, 2024. The Government shall serve Ms. Schell's letter on the "two ex-girlfriends" of Mr. Jones who were discussed during the November 10, 2022 proceeding and shall inform the Court no later than April 12, 2024, of any objections the two ex-girlfriends have to unsealing.

Inner City Press may reply no later than April 18, 2024.

**SO ORDERED.**

Dated:   New York, New York
         April 1, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge