UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>-against-<br><br>DEREK JONES,<br><br>      Defendant. | No. 21-CR-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the Government's letter requesting access to certain sealed docket entries that are the subject of non-party Inner City Press's letter request to unseal. (See dkt. no. 209). The Government requests unsealing of docket entries 133, 143, and 144 (the "Sealed Documents") for the limited purpose of allowing the Government to review the Sealed Documents to respond to Inner City Press's request for unsealing.

  The Clerk of the Court is respectfully directed to unseal docket entries 133, 143, and 144 in the above-captioned case for the limited purpose of allowing the Government to review the Sealed Documents. The Government shall be permitted to retrieve copies of the Sealed Documents from the Clerk of the Court. The Sealed Documents shall otherwise remain under seal until further order from this Court.

1

**SO ORDERED.**

Dated:     April 5, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge