UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>DEREK JONES,<br><br>                Defendant. | No. 21-CR-59 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letter motion to remove docket entry number 214, (see dkt. no. 215), because Defendant filed it erroneously in the above-captioned case.

    Defendant's letter motion is GRANTED.  The Clerk of the Court is respectfully directed to strike docket entry number 214 in its entirety.  The Clerk of the Court shall also close docket entry number 215.

**SO ORDERED.**

Dated:    April 22, 2024
           New York, New York

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge