

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 29, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    ***United States v. Derek Jones*, 21 Cr. 59 (LAP)**

Dear Judge Preska:

      The Government writes in regard to the defendant's March 23, 2026, pro se motion, filed pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence. On or about May 11, 2026, the Court ordered the Government to file a response within sixty days. The Government's motion response was assigned to the undersigned, today, June 29, 2026. In light of the delay in assigning the case by the United States Attorney's Office, <u>the Government respectfully requests 30 – 45 days to file our response to the defendant's motion.</u> Thank you for your consideration.

SO ORDERED.

*Loretta A. Preska*
Loretta A. Preska, U.S.D.J.
July 1, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Keith Savino
Assistant United States Attorney
(212) 637-1946

cc:    Mr. Derek Jones (via mail)