**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 10, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Derek Jones*, 21 Cr. 59 (LAP)**

Dear Judge Preska:

The Government writes to respectfully request a brief extension to reply to the defendant's March 23, 2026, pro se motion, filed pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence. On July 1, 2026, the Court ordered the Government to file a response on or about August 13, 2026. *See* Dkt. 224. The Government respectfully requests an extension to Friday, August 21, 2026 to properly respond to the defendant's numerous claims and file our response.

Thank you for your consideration.

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.
August 10, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
Keith Savino
Assistant United States Attorney
(212) 637-1946

cc: Mr. Derek Jones (via mail)